DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID T. SKITTLETHORP** and **NANCY SKITTLETHORP,**
Appellants,

v.

**SPACE COAST CREDIT UNION,**
Appellee.

No. 4D18-653

[February 21, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 56-2017-CA-000300.

Millie Orrico and W. Trent Steele of Steele Law, Hobe Sound, for appellants.

Gaspar Forteza and Moises T. Grayson of Blaxberg, Grayson, Kukoff & Forteza, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***